George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
info@freedomlegalteam.com
*Attorneys for Lyneece James*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lyneece James, <br><br> Plaintiff, <br> v. <br><br> Chex Systems, Inc.; and Bank of America, N.A., <br><br> Defendants. | Case No.: 2:23-cv-00073-JCM-VCF <br><br> **[FIRST] Status Report Re: Settlement Between Plaintiff Lyneece James and Defendants Chex Systems, Inc. and Bank of America, N.A.** |

---

STIPULATION — - 1 -

The dispute between Plaintiff Lyneece James ("Plaintiff") and Defendants Chex Systems, Inc. and Bank of America, N.A. ("Defendants") has been resolved.

On June 14, 2023 Plaintiff filed a Notice of Settlement.

The parties have reached settlement terms, and the settlement agreement is awaiting final approval and signatures. Once the settlement agreement is finalized, Plaintiff will dismiss the claims against Defendant with Prejudice.

Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court allow the parties an additional 30 days, until on or after **September 12, 2023**, to file dismissal documents.

Dated: August 11, 2023.

Respectfully submitted,

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Lyneece James*

**SNELL & WILMER L.L.P.**

/s/ John S. Delikanakis
John S. Delikanakis, Esq.
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Counsel for Chex Systems, Inc. and Bank of America, N.A*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  8-11-2023