George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Lyneece James*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lyneece James,<br><br>    Plaintiff,<br>  v.<br><br>Chex Systems, Inc.; and Bank of America, N.A.,<br><br>    Defendants. | Case No.: 2:23-cv-00073-JCM-VCF<br><br>**Stipulation for dismissal of Defendants Chex Systems, Inc. and Bank of America, N.A. with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Lyneece James and Defendants Chex Systems, Inc. and Bank of America, N.A. stipulate to dismiss Plaintiff's claims against Defendants Chex Systems, Inc. and Bank of America, N.A. with prejudice.

///
///
///
///
///

_____

STIPULATION                                - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 23, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Lyneece James*

**SNELL & WILMER L.L.P.**

/s/ John S. Delikanakis
John S. Delikanakis, Esq.
Skylar Arakawa-Pamphilon, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Counsel for Chex Systems, Inc. and Bank of America, N.A*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 24, 2023

STIPULATION                           - 2 -